Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Julie A. Springer *(Pro Hac Vice to be submitted)*
Texas Bar No. 18966770
jspringer@wshllp.com
Matt C. Wood *(Pro Hac Vice to be submitted)*
Texas Bar No. 24066306
mwood@wshllp.com
WEISBART SPRINGER HAYES LLP
212 Lavaca Street, Suite 200
Austin, TX  78701
Telephone:  512.652.5780
Fax:  512.682.2074

*Attorneys for Defendant Alorica, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC BLANKENSHIP and CHRIS KAHL, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>ALORICA, INC., AND DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.:<br><br><br>**NOTICE OF REMOVAL** |

Defendant Alorica, Inc. ("Alorica") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 and hereby removes this civil action from the Second Judicial District Court of

1

the State of Nevada (County of Washoe) to the United States District Court for the District of Nevada. The grounds in support of this Notice of Removal are as follows:

On May 16, 2018, Alorica was served with the formal Summons and Collective and Class Action Complaint in the state-court action styled *Eric Blakenship* [sic] *and Chris Kahl, on behalf of themselves and all others similarly situated v. Alorica, Inc. and Does 1 through 50, inclusive*, Case No. CV18-00825, Second Judicial District Court of the State of Nevada in and for the County of Washoe ("the State Court Action"). Plaintiffs' Summons, Collective and Class Action Complaint, and Demand for Jury Trial are attached hereto as **Exhibits A-C** and constitute all process, pleadings, or orders served on Defendant in the State Court Action.

This Notice of Removal is timely because it is being filed within thirty days after Alorica was served with the Summons and Complaint. *See* 28 U.S.C. § 1446(b). As noted above, Alorica was served by personal service on its registered agent on May 16, 2018.

The State Court Action is properly removable to the United States District Court because this Court has original jurisdiction over the action. *See* 28 U.S.C. § 1441(a). The Complaint alleges both federal and state causes of action for unpaid wages. Pursuant to 28 U.S.C. § 1331, this Court has federal-question subject-matter jurisdiction over the Complaint's causes of action under the federal Fair Labor Standards Act (29 U.S.C. § 201 *et seq.*). Pursuant to 28 U.S.C. § 1367, this Court has supplemental subject-matter jurisdiction over the Complaint's corresponding Nevada state claims, all of which allege unpaid wages under the same or similar circumstances and thus arise out of a "common nucleus of operative fact" with the federal claims. *Bahrampour v. Lampert*, 356 F.3d 969, 978 (9th Cir. 2004); *see also Salim Shahriar v. Smith & Wollensky Rest. Group, Inc*., 659 F.3d 234, 245 (2d Cir. 2011) (holding that FLSA and state-law wage and hour claims arise out of same operative facts and affirming district court's

finding of supplemental jurisdiction). In particular, the Complaint advances the same allegations of off-the-clock work in support of both its FLSA claim and its Nevada claims. *Compare* Complaint ¶ 26 (FLSA claim), *with id.* ¶¶ 37, 42, 49, 57 (Nevada claims).

Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

Upon the filing of this Notice of Removal, Defendant will give written notice to Plaintiffs and will file a copy of this Notice of Removal, along with the requisite notice thereof, with the Clerk of the District Court of Washoe County, Nevada, with service upon the Plaintiff.

By filing this Notice of Removal, Defendant is not waiving any defenses that may be available to it and specifically reserves the right to raise all such defenses, including any defects in personal jurisdiction or the right to compel arbitration.

This Notice of Removal is executed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Dated this 5th day of June, 2018.

                              OGLETREE, DEAKINS, NASH, SMOAK
                                & STEWART, P.C.

                              /s/    Anthony L. Martin
                              Anthony L. Martin
                              3800 Howard Hughes Parkway
                              Suite 1500
                              Las Vegas, NV   89169
                              Telephone:  702.369.6800

                              WEISBART SPRINGER HAYES LLP
                              Julie A. Springer (*Pro Hac Vice to be submitted*)
                              Matt C. Wood (*Pro Hac Vice to be submitted)*
                              212 Lavaca Street, Suite 200
                              Austin, TX  78701
                              Telephone:  512.652.5780

                              *Attorneys for Defendant Alorica, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **NOTICE OF REMOVAL** to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark R. Thierman
Joshua D. Buck
Leal L. Jones

Pursuant to Fed. R. Civ. P. 5(b), I certify further certify that service of the foregoing **NOTICE OF REMOVAL** was also made this date by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

Mark R. Thierman
Joshua D. Buck
Leah L. Jones
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated this 5th day of June, 2018.

      /s/ Darhyl Kerr
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

## INDEX OF EXHIBITS

EXHIBIT A               Summons

EXHIBIT B               Collective and Class Action Complaint

EXHIBIT C               Demand for Jury Trial

34343934.1