1  **OGLETREE, DEAKINS, NASH,**
   **SMOAK & STEWART, P.C.**
2  Anthony L. Martin, Nev. Bar No. 8177
   Wells Fargo Tower, Suite 1500
3  3800 Howard Hughes Parkway
   Las Vegas, Nevada 89169
4  Tel. (702) 369-6800
   anthony.martin@ogletreedeakins.com
5
   **WEISBART SPRINGER HAYES LLP**
6  (*Pro Hac Vice to be submitted*)
   Julie A Springer
7  Matt C. Wood
   212 Lavaca, Suite 200
8  Austin, Texas 78701
   Tel. (512) 652-5780
9  jspringer@wshllp.cpm
   mwood@wshllp.com
10
11 *Attorneys for Defendant Alorica, Inc.*

   **THIERMAN BUCK, LLP**
12 Mark R. Thierman, Nev. Bar No. 8285
   Joshua D. Buck, Nev. Bar No. 12187
13 Leah L. Jones, Nev. Bar No. 13161
   7287 Lakeside Drive
14 Reno, Nevada 89511
   Tel. (775) 284-1500
15 mark@thiermanbuck.com
   josh@thiermanbuck.com
16 leah@thiermanbuck.com

17 *Attorneys for Plaintiffs Eric Blankenship*
   *and Chris Kahl, on behalf of themselves*
18 *and all others similarly situated*

19

20                  **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
21
   ERIC BLANKENSHIP and CHRIS KAHL,        Case No.: 3:18-cv-00264-RCJ-VPC
22 on behalf of themselves and all others
   similarly situated,                     **STIPULATION TO EXTEND ANSWER**
23                                          **DEADLINE; [PROPOSED] ORDER**
24                  Plaintiffs,
   vs.                                      **(First Request)**
25
   ALORICA, INC. and DOES 1 through 50,
26 inclusive
27                  Defendant(s).
28

___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

JUN 0 8 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1    Pursuant to Local Rule ("LR") IA 6-1, Plaintiffs ERIC BLANKENSHIP and CHRIS KAHL

2   ("Plaintiffs") and Defendant ALORICA, INC. ("Defendant"), by and through their respective

3   counsel of record (collectively "the Parties"), hereby request and stipulate that Defendant be allowed

4   an additional fourteen (14) day extension of time, from Tuesday, June 12, 2018 up through Tuesday,

5   June 26, 2018 to file with the Court Defendant's answer or otherwise respond to Plaintiffs' Collective

6   and Class Action Complaint. ECF No. 1-3. This is the Parties' first request for an extension of time

7   to extend the answer deadline.

8    1.    Plaintiffs filed their Collective and Class Action Complaint and Jury Demand in the

9   Washoe County District Court on April 19, 2018.  ECF No. 1-3, 1-4.

10    2.    On June 5, 2018, Defendant filed its Notice of Removal.  ECF No. 1.  Defendant's

11   answer is currently due June 12, 2018.  *See* FED. R. CIV. P. 81(c)(2)(C).

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

3.     The Parties are requesting this brief extension to explore possible resolution.   This request is made in good faith and not intended for purposes of delay.

**IT IS SO STIPULATED:**

Dated this 7th day of June 2018.

THIERMAN BUCK, LLP

/s/ Joshua D. Buck
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiffs*

Dated this 7th day of June 2018.

OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

/s/ Anthony L. Martin
Anthony L. Martin, Nev. Bar No. 8177
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

WEISBART SPRINGER HAYES LLP
*(Pro Hac Vice to be submitted)*
Julie A. Springer
Matt C. Wood
212 Lavaca, Suite 200
Austin, Texas 78701

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

U.S. District/Magistrate Judge

Dated:                     , 2018.

3