ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Julie A. Springer *(Pro Hac Vice to be submitted)*
Texas Bar No. 18966770
jspringer@wshllp.com
Matt C. Wood *(Pro Hac Vice to be submitted)*
Texas Bar No. 24066306
mwood@wshllp.com
WEISBART SPRINGER HAYES LLP
212 Lavaca Street, Suite 200
Austin, TX 78701
Telephone: 512.652.5780
Fax: 512.682.2074
*Attorneys for Defendant Alorica, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIC BLANKENSHIP and CHRIS KAHL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALORICA, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:18-cv-00264-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule ("LR") IA 6-1, Plaintiffs ERIC BLANKENSHIP and CHRIS KAHL ("Plaintiffs") and Defendant ALORICA, INC. ("Defendant"), by and through their respective counsel of record, (collectively "the Parties"), hereby request and stipulate that

Defendant be allowed an additional fourteen (14) day extension of time, from Tuesday, June 26, 2018 up through Tuesday, July 10, 2018 to file with the Court Defendant's answer or otherwise respond to Plaintiffs' Collective and Class Action Complaint. (ECF No. 1-3.) This is the Parties' second request for an extension of time to extend the answer deadline.

1. Plaintiffs filed their Collective and Class Action Complaint and Jury Demand in the Washoe County District Court on April 19, 2018. (ECF Nos. 1-3, 1-4.)

2. On June 5, 2018, Defendant filed its Notice of Removal. (ECF No. 1.) Defendant's answer is currently due June 12, 2018. *See* Fed. R. Civ. P. 81(c)(2)(C).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

3. The Parties are requesting this brief extension as they are discussing possible resolution and counsel who is handling the negotiations for Plaintiffs is out of the country. This request is made in good faith and not intended for purposes of delay.

**IT IS SO STIPULATED:**

Dated this 20th day of June 2018.                    Dated this 20th day of June 2018.

THIERMAN BUCK, LLP                               OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

*/s/ Joshua D. Buck*_____          */s/ Anthony L. Martin*_____
Mark R. Thierman                                 Anthony L. Martin
Joshua D. Buck                                   Wells Fargo Tower, Suite 1500
Leah L. Jones                                    3800 Howard Hughes Parkway
7287 Lakeside Drive                              Las Vegas, Nevada 89169
Reno, Nevada 89511

*Attorneys for Plaintiffs Eric Blankenship and*   WEISBART SPRINGER HAYES LLP
*Chris Kahl*                                      Julie A. Springer (*Pro Hac Vice to be submitted*)
                                                  Matt C. Wood (*Pro Hac Vice to be submitted*)
                                                  212 Lavaca, Suite 200
                                                  Austin, Texas 78701

                                                  *Attorneys for Defendant Alorica, Inc.*

                                                  **ORDER**

            IT IS SO ORDERED:

                                                  _____
                                                  U.S. District/Magistrate Judge

                                                  _____July 6, 2018_____
                                                  DATED

34561763.1

3