ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Julie A. Springer *(Pro Hac Vice to be submitted)*
Texas Bar No. 18966770
jspringer@wshllp.com
Matt C. Wood *(Pro Hac Vice to be submitted)*
Texas Bar No. 24066306
mwood@wshllp.com
WEISBART SPRINGER HAYES LLP
212 Lavaca Street, Suite 200
Austin, TX 78701
Telephone: 512.652.5780
Fax: 512.682.2074
*Attorneys for Defendant Alorica, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC BLANKENSHIP and CHRIS KAHL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALORICA, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:18-cv-00264-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISMISSAL DOCUMENTS TO BE FILED**<br><br>**(FIRST REQUEST)** |

Plaintiffs ERIC BLANKENSHIP and CHRIS KAHL ("Plaintiffs") and Defendant ALORICA, INC. ("Defendant"), by and through their respective counsel of record (collectively "the Parties"), hereby request additional time to file a stipulation of dismissal with the Court.

On July 10, 2018, the Parties filed a Notice of Resolution and Stipulation to Stay All Proceedings to notify the Court that a tentative settlement had been reached. (ECF No. 12.) On July 11, 2018, the Court entered a Minute Order granting the stay and ordering the Parties to file a stipulation of dismissal on or before August 13, 2018. (ECF No. 13.) The Parties have since executed settlement agreements but are still in the process of exchanging tax documentation and need additional time to file a stipulation of dismissal. Accordingly, the Parties respectfully request a two-week extension of the deadline to file a stipulation of dismissal, from August 13, 2018, to August 27, 2018.

The Parties therefore stipulate and agree that:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1. The original deadline of August 13, 2018, for dismissal documents to be filed shall be extended by two weeks, making the new deadline August 27, 2018.

**IT IS SO STIPULATED:**

Dated this 13th day of August, 2018.

| THIERMAN BUCK, LLP | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C. |
|---|---|
| /s/ Joshua Buck | /s/ Anthony L. Martin |
| Mark R. Thierman | Anthony L. Martin |
| Joshua D. Buck | Wells Fargo Tower, Suite 1500 |
| Leah L. Jones | 3800 Howard Hughes Parkway |
| 7287 Lakeside Drive | Las Vegas, Nevada 89169 |
| Reno, Nevada 89511 | |
| | WEISBART SPRINGER HAYES LLP |
| *Attorneys for Plaintiffs Eric Blankenship and Chris Kahl* | Julie A. Springer (*Pro Hac Vice to be submitted*) |
| | Matt C. Wood (*Pro Hac Vice to be submitted*) |
| | 212 Lavaca, Suite 200 |
| | Austin, Texas 78701 |
| | |
| | *Attorneys for Defendant Alorica, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

_____
U.S. DISTRICT/MAGISTRATE JUDGE

_September 6, 2018_
DATED

35195108.1

3