ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

Julie A. Springer *(Pro Hac Vice to be submitted)*
Texas Bar No. 18966770
jspringer@wshllp.com
Matt C. Wood *(Pro Hac Vice to be submitted)*
Texas Bar No. 24066306
mwood@wshllp.com
WEISBART SPRINGER HAYES LLP
212 Lavaca Street, Suite 200
Austin, TX 78701
Telephone: 512.652.5780
Fax: 512.682.2074
*Attorneys for Defendant Alorica, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIC BLANKENSHIP and CHRIS KAHL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALORICA, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:18-cv-00264-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs ERIC BLANKENSHIP and CHRIS KAHL ("Plaintiffs") and Defendant ALORICA, INC. ("Defendant"), by and through their respective counsel of record (collectively "the Parties"), have settled this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the

Parties hereby stipulate that this cause be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

**IT IS SO STIPULATED:**

Dated this 27th day of August, 2018.

| THIERMAN BUCK, LLP | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C. |
|---|---|
| /s/ Joshua Buck | /s/ Anthony L. Martin |
| Mark R. Thierman | Anthony L. Martin |
| Joshua D. Buck | Wells Fargo Tower, Suite 1500 |
| Leah L. Jones | 3800 Howard Hughes Parkway |
| 7287 Lakeside Drive | Las Vegas, Nevada 89169 |
| Reno, Nevada 89511 | |
| | WEISBART SPRINGER HAYES LLP |
| *Attorneys for Plaintiffs Eric Blankenship and Chris Kahl* | Julie A. Springer (*Pro Hac Vice to be submitted*) |
| | Matt C. Wood (*Pro Hac Vice to be submitted*) |
| | 212 Lavaca, Suite 200 |
| | Austin, Texas 78701 |
| | *Attorneys for Defendant Alorica, Inc.* |

**IT IS SO ORDERED:**

**ORDER**

_____
U.S. DISTRICT/MAGISTRATE JUDGE

_____
DATED

35372882.1